**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LAZY S RANCH PROPERTIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. CIV-22-346-GLJ** |
| **CEDAR FALLS RANCH, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Opinion and Order [Docket No. 26] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

IT IS SO ORDERED this 4th day of May, 2023.

**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**